**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Alejandro DeJesus HERNANDEZ,**
**Defendant—Appellant.**

No. 07-7041.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 23, 2007.

Decided: Aug. 30, 2007.

Alejandro DeJesus Hernandez, Appellant Pro Se. Bernard James Apperson, III, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alejandro DeJesus Hernandez appeals a district court order denying us untimely his Rule 60(b) motion seeking reconsideration of the 1997 denial of his 28 U.S.C. § 2255 motion. We affirm because the district court was without jurisdiction to consider the motion because Hernandez had not received authorization from this court. *See* 28 U.S.C. § 2244 (2000). To the extent Hernandez seeks authorization, we deny the request. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*